UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT LEE DRAIN a/k/a DARIOUS DANYEL WHITE,**<br><br>Plaintiff,<br><br>vs.<br><br>**BRIAN DUNN & AMANDA LNU,**<br><br>Defendants. | 2:22-CV-12366-TGB-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING DEFENDANT AMANDA LNU<br>(ECF NO. 23)** |

This matter is before the Court on Magistrate Judge Curtis Ivy, Jr.'s August 2nd, 2023, Report and Recommendation (ECF No. 23) recommending that Plaintiff's claims against Amanda LNU be dismissed for failure to prosecute because Plaintiff failed to respond to the Court's Order requiring Plaintiff to provide the full name of Defendant Amanda LNU so that service could be attempted (ECF No. 11) and later failed to respond to the Court's Order to Show Cause why Defendant Amanda LNU should not be dismissed for failure to prosecute the case against her. ECF No. 14.

The Court has reviewed Judge Ivy's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and

recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id*.

Where, as here, neither party has lodged objections to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept Judge Ivy's Report and Recommendation of August 2nd, 2023, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge Ivy's Report and Recommendation of August 2nd, 2023, (ECF No. 23) is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that Plaintiff's complaint against Defendant Amanda LNU is **DISMISSED WITHOUT PREJUDICE**.

Dated: December 12, 2023   /s/Terrence G. Berg
　　　　　　　　　　　　　　HON. TERRENCE G. BERG
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE